## Wytheville.

PATTIE v. GUGGENHEIMER & Co.

JUNE 19th, 1890.

APPELLATE JURISDICTION.—Where amount in controversy is less than $500, this court can entertain no appeal.

Appeal from decree of hustings court of Roanoke city rendered April 10th, 1885, in the chancery cause wherein the appellant, James S. Pattie, was complainant, and Henry, Carrie and Marcus Guggenheimer, partners in business in the name of Guggenheimer & Co., were defendants. Pattie was on February 21st, 1885, a citizen of said city, and the head of a family, and filed his deed of homestead according to law. Guggenheimer & Co. had their *fi. fa.* for less than $500, principal and interest, against him, levied on his homestead effects. Pattie obtained and perfected an injunction. Later, without notice to Pattie, on motion of Guggenheimer & Co., and without answer or evidence, another order was made directing the city sergeant to take possession of the homestead effects and restraining Pattie from interfering with them in any manner.

*G. W. & L. C. Hansbrough,* for the appellant.

*J. A. Watts,* for the appellees.

HINTON, J., delivered the opinion of the court.

The court being of opinion that matter in controversy in this cause is less in amount than $500, the appeal must be dismissed as having been improvidently awarded. *Smith* v. *Rosenheim,* 79 Va., 540.

APPEAL DISMISSED.